Riches v. Scherzinger          Doc. 1

UNITED STATES DISTRICT COURT
DISTRICT OF South CAROLINA

RECEIVED
USDC CLERK, COLUMBIA, SC

2007 DEC 20  AM 10:58

Jonathan Lee Riches©,
Plaintiff                               CIVIL NO:

V.

Nicole Scherzinger a/b/a Pussycat Dolls,
Defendant

## Complaint

Comes Now the Plaintiff, Jonathan Lee Riches©, in pro-se, Moves under 42 USC 1983. I seek $4.5 million in damages. I'm not being fed Kosher food at FCI Williamsburg. I'm subjected to pork. FCI Williamsburg has Palastinians without a wall, rocks are thrown at my solitary confinement cell. My Blanket has no warmth, the material comes from Coldplay. The Bunck Bed is too close to the wall. I scrape my cheeks on the wall. Defendant built this place and sings in the vents. Stray Pussycats infect catnip. Scherzinger set cat traps, I saw her lip singing with Asley Simpson. I discovered a music label conspiracy. She uses her own money to purchase her cd's in stores, then after Billboard records record sales, she takes the reciets back with the cd, and gets her money back, but her total record sales is still registered. She did this with the Spice girls and dog pound. Of mice and men, I move to get a proper diet, my health is in danger.

Jonathan Lee Riches©
#40948-018
FCI Williamsburg
P.O. Box 340
Salters, S.C. 29590
843-387-9400

Respectfully
Submitted
Jonathan Lee Riches©

Dockets.Justia.com